UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:14-CR-98-1-D
NO. 7:14-CR-98-3-D

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) |
| JAMES BOWLING | ) |
| DENNIS PENNINGTON | ) |

**ORDER GRANTING MOTION TO SEAL**
**PROPOSED SEALED EXHIBIT**

For good cause shown, it is hereby ORDERED that the motion to seal a proposed sealed exhibit, Exhibit A to Proposed Reply to the Government's Opposition to the Motion To Dismiss, filed by Defendants James Bowling and Dennis Pennington in the above cases is GRANTED.

This the 19 day of February, 2015.

Honorable James C. Dever III
Chief United States District Judge