UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-CR-98-1-D
No. 7:14-CR-98-3-D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| JAMES BOWLING<br>DENNIS PENNINGTON | |

This matter comes before the Court on the motion of James Bowling and Dennis Pennington for leave to adopt the motion to suppress filed by co-defendant Craig Kolhagen at DE-48 as applicable to the search warrants issued for the search of their personal email accounts. For good cause shown, the Motion is hereby GRANTED, and it is ORDERED that Bowling and Pennington may adopt the motion to suppress filed by co-defendant Craig Kolhagen at DE-48 as applicable to the search warrants issued for the search of their personal email accounts.

SO ORDERED.

This the __1__ day of March 2015.

_____
Honorable James C. Dever III
Chief United States District Judge